UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                              Plaintiff

v.                                                                    Criminal Action No. 3:20CR-61-RGJ

LEVONTAY TOWNES, ET AL.                                                            Defendants

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A status conference via Zoom was held in this matter on June 8, 2021 before the Honorable Rebecca Grady Jennings, United States District Judge. The Court's official reporter was Becky Boyd. The following counsel participated in the status conference:

For the United States: Erin McKenzie and Frank Dahl (by phone)

For the Defendant(s): Nicholas J. Neumann, Retained Counsel for Levontay Townes-01

Scott Barton, Retained Counsel for Deonte Beason-02

Khalid A. Kahloon (by phone), CJA Appointed Counsel for Dariyon Newsome-03

Clay Culotta, on behalf of, Jennifer H. Culotta, CJA Appointed Counsel for Kavone Evans-04

Kevin M. Glogower, Retained Counsel for Khalid Ashanti Raheem III-05

David Lambertus, Retained Counsel for Frank Trammell, Jr.-06

Phillip M. Longmeyer, CJA Appointed Counsel for Destiney Lashai Rhoades-07

Kent Wicker, CJA Appointed Counsel for Kevin Henry-08

>Michael L. Goodwin, Retained Counsel for Jean-Luc Henry-09
>
>James A. Earhart, CJA Appointed Counsel for Reginald Harris-10
>
>Steven B. Strepey, Retained Counsel for James Bivens-11
>
>Richard Nash III, Retained Counsel for Pierre Travis-12
>
>Patrick Renn, CJA Appointed Counsel for Ronnie Gadberry-13
>
>Jonathan S. Ricketts, Retained Counsel for Jason Edwin Logsdon-14
>
>Chastity Beyl, Assistant Federal Defender for K'Lan Dunlap-15

The Court and counsel discussed the procedural posture of the case. Counsel for the United States informed the Court that there is a group of defendants that are ready to schedule for a change of plea hearing, a few more defendants that anticipate to enter into a plea agreements, and the rest are in the third group.  Discovery is complete with the exception of a few pole cams the need to be put into a format that is readable.  All defense counsel agreed and agrees to either scheduling changes of pleas to those that are ready, the rest schedule a status conference within the next ninety days. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

(1) This matter is set for a **status hearing** via Zoom Meeting on **September 7, 2021 at 3:00 p.m.** before the Honorable Rebecca Grady Jennings, United States District Judge **as to defendants-Townes, Beason, Newsome, Evans, Raheem, Trammell, Logsdon, D. Rhodes, and J. Henry**.  The Court's Deputy will forward via email further contact information regarding the Zoom hearing. If this matter needs to be scheduled for a change of plea, counsel shall notify the Court's Deputy **via email at [andrea_morgan@kywd.uscourts.gov](mailto:andrea_morgan@kywd.uscourts.gov)**

(2) This matter is set for a change of plea hearing on **June 29, 2021 at 11:00 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky before the Honorable Rebecca Grady Jennings, United States District Judge **as to defendant Kevin Henry**.  **Counsel for the United States shall forward the draft plea document to the Clerk's Deputy via email at andrea_morgan@kywd.uscourts.gov THREE DAYS in advance of the hearing.**

(3) This matter is set for a change of plea hearing on **June 30, 2021 at 11:00 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky before the Honorable Rebecca Grady Jennings, United States District Judge **as to defendant Reginald Harris**.  **Counsel for the United States shall forward the draft plea document to the Clerk's Deputy via email at andrea_morgan@kywd.uscourts.gov THREE DAYS in advance of the hearing.**

(4) This matter is set for a change of plea hearing on **July 7, 2021 at 3:00 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky before the Honorable Rebecca Grady Jennings, United States District Judge **as to defendant James Bivens**.  **Counsel for the United States shall forward the draft plea document to the Clerk's Deputy via email at andrea_morgan@kywd.uscourts.gov THREE DAYS in advance of the hearing.**

(5) This matter is set for a change of plea hearing on **July 14, 2021 at 1:30 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky before the Honorable Rebecca Grady Jennings, United States District Judge **as to defendant Pierre Travis**.  **Counsel for the United States shall forward the draft plea document to the Clerk's Deputy via email at andrea_morgan@kywd.uscourts.gov THREE DAYS in advance of the hearing.**

(6) By prior text order a change of plea was scheduled for defendant K'Lan Dunlap.

(7) Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds **the period of delay from June 8, 2021 to September 7, 2021 is**

**excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendants in a speedy trial because failure to grant such a continuance would deny counsel for Defendant and the United States the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

**IT IS FINALLY ORDERED** that the Defendants-Townes, Beason, Newsome, Trammell, K. Henry, Bevins, Travis and Dunlap are to remain in the custody of the United States Marshal's Office pending further orders of the Court. Defendants-Evans, Rhoades, J. Henry, Raheem, Harris, and Logsdon are to remain on their present bonds pending further orders. Defendant Gadberry remains a fugitive in this case.

Copies to: Counsel of record

Court Time: 00/15
Court Reporter: April Dowell

Rebecca Grady Jennings, District Judge
United States District Court

June 10, 2021